# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS LISNICHY,      : | |
|    Plaintiff      : | |
|                   : | No. 3:12-cv-00940 |
| v.      : | |
|                   : | (Judge Kane) |
| MICHAEL J. ASTRUE,      : | |
| COMMISSIONER      : | |
| OF SOCIAL SECURITY      : | |
|    Defendant      : | |

## ORDER

**AND NOW**, on this 1st day of August 2014, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to change the named defendant from former Commissioner of Social Security, Michael J. Astrue, to acting Commissioner, Carolyn Colvin;

2. The decision of the Commission denying disability insurance benefits to Plaintiff is **AFFIRMED**; and,

3. The Clerk of Court is directed to close the above-captioned action.

                                                  S/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania